1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NORMAN BEI, | ) | Case No.: C 11-05061 PSG |
|---|---|---|
| | ) | |
| | ) | **ORDER SETTING DEADLINE FOR PARTIES** |
| Plaintiff, | ) | **TO FILE EITHER A "CONSENT TO** |
| v. | ) | **PROCEED BEFORE A UNITED STATES** |
| | ) | **MAGISTRATE JUDGE," OR ELSE A** |
| | ) | **"DECLINATION TO PROCEED BEFORE A** |
| NICHOLAS SANTUCCI, | ) | **UNITED STATES MAGISTRATE JUDGE AND** |
| | ) | **REQUEST FOR REASSIGNMENT"** |
| Defendants. | ) | |
| | ) | |

On November 15, 2011, Defendant Nicholas Santucci moved to dismiss. This case has been assigned to the undersigned magistrate judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge. Therefore,

IT IS HEREBY ORDERED that no later than December 5, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

Case No. C 11-5061 PSG
ORDER SETTING DEADLINE RE CONSENT OR DECLINATION                                                    1

1 | www.cand.uscourts.gov.

2 | Dated:   November 29, 2011

3 | _____
PAUL S. GREWAL
United States Magistrate Judge