UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| NORMAN BEI,<br>　　　　　Plaintiff,<br><br>　　v.<br>NICHOLAS J. SANTUCCI,<br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 11-5061 PSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　　　　April 30, 2012<br>Co-Mediators:　　Tracie Brown<br>　　　　　　　　　Steven Saltiel |

IT IS HEREBY ORDERED that the request to excuse defendant Nicholas J. Santucci from personal attendance at the April 30, 2012, mediation before Tracie Brown and Steven Saltiel is DENIED. This case's docket sheet indicates that the mediation date was established in mid-March, and the parties have had ample time since then to arrange their schedules to accommodate attendance at the session.

The court strongly urges the parties to seek an extension of their deadline to complete mediation and, assuming such is granted, reschedule the mediation to a date when all parties may be physically present.

IT IS SO ORDERED.

April 23, 2012　　　　　　By: _____
Dated　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　Judge Donna M. Ryu

[Stamp: DENIED — United States District Court, Northern District of California]